IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
MCLEAN COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS,  )
                                   )
           Plaintiff,              )
                                   )
vs.                                )   No. 22-CM-835
                                   )
CHERYL D. IRWIN,                   )
DOB ~~~~~~~~~                      )
                                   )
Normal, IL 61761                   )

## CRIMINAL INFORMATION

On this 11th day of October, 2022, Special Prosecutor Thomas Brown, State's Attorneys Appellate Prosecutor, having been previously appointed Special Prosecutor to represent the People of the State of Illinois in this cause charges the commission of an offense as follows:

### COUNT I
### BATTERY (CLASS A MISDEMEANOR)

On or about May 14, 2022, in McLean County, Illinois, defendant, Cheryl D. Irwin (DOB 09-11-1976), committed the offense of Battery (Class A Misdemeanor), in that said defendant, Cheryl D. Irwin, knowingly made physical contact of an insulting or provoking nature with Clifford Edward Pugh in that she grabbed his face and shook it back and forth, in violation of 720 ILCS 5/12-3(a)(2), a Class A Misdemeanor.

### COUNT II
### DISORDERLY CONDUCT
### (CLASS C MISDEMEANOR)

On or about May 14, 2022, in McLean County, Illinois, defendant, Cheryl D. Irwin, (DOB 09-11-1976) committed the offense of Disorderly Conduct (Class C Misdemeanor), in that said defendant knowingly grabbed Clifford Edward Pugh by his face and shook it back and forth, in

FILED
McLEAN OCT 18 2022 COUNTY
CIRCUIT CLERK

FILED
McLEAN OCT 18 2022 COUNTY
CIRCUIT CLERK

such an unreasonable manner as to alarm or disturb Clifford Edward Pugh and provoke a breach of the peace, in violation of 720 ILCS 5/26-1(a)(1), a Class C Misdemeanor.

Thomas Brown, Special Prosecutor, being duly sworn on oath states that the foregoing charges are true to the best of his information and belief.

*[signature]*
Thomas Brown #6182056
State's Attorneys Appellate Prosecutor
725 S. Second
Springfield, IL 62704
(217) 782-1628
tbrown@ilsaap.org

Subscribed and sworn before me on
11 day of October, 2022.

*[signature]*
Notary Public

OFFICIAL SEAL
LISA LEVI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 03-11-2023